Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICE
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone:  (208) 333-0702
Facsimile:  (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARTHA HENDERSON, an individual, PERRY MERKEL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM INSURANCE COMPANIES, INC., ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ANTHEM LIFE INSURANCE COMPANY OF CALIFORNIA, and JOHN DOE CORPORATIONS I-X, unknown individuals or business entities, <br><br><br> Defendants. | Case No.  1:22-cv-00164 <br><br><br> **SUMMONS** <br><br> **RE: ANTHEM INSURANCE COMPANIES, INC.** |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S): THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

      **TO:**      **ANTHEM INSURANCE COMPANIES, INC.**
                        **220 VIRGINIA AVE**
                        **INDIANAPOLIS, IN 46204-3709**

**SUMMONS RE: ANTHEM INSURANCE COMPANIES, INC.**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HEPWORTH LAW OFFICES
Jeffrey J. Hepworth and J. Grady Hepworth
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone:  (208) 333-0702
Facsimile:  (208) 246-8655
courtservice@idalawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: _____                                      *CLERK OF THE COURT*



                                                        _____

                                                        *Signature of Clerk or Deputy Clerk*



**SUMMONS RE: ANTHEM INSURANCE COMPANIES, INC.**